IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STEVEN ROBERTS )
) No. 3-11-0923
v. )
)
FIRETEAM CORPORATION; BARRY )
MCFARLAND; and BLUECROSS )
BLUESHIELD OF TENNESSEE, INC.[1] )

O R D E R

In accord with the order entered January 18, 2012 (Docket Entry No. 11), the parties filed a joint motion to administratively close this case with leave to reopen after the conclusion of the Bankruptcy proceedings initiated by defendant Fireteam Corporation.

The Court notes that the United States Attorney for the Eastern District of Tennessee and the United States Trustee have filed copies of documents in the Bankruptcy proceedings in this case. The plaintiff in this action is properly listed on the matrix as a potential creditor. However, the U.S. District Court for the Middle District of Tennessee is not a creditor in this case, has no claim against the Bankruptcy estate, and has no interest in the Bankruptcy proceedings. Filing such copies in this case unnecessarily requires that the documents be scanned and entered on the docket in this case.

Therefore, the United States Attorney and the United States Trustee shall ensure that the Middle District of Tennessee is deleted from the matrix in the Bankruptcy case and they shall refrain from filing copies of filings made in the Bankruptcy proceedings in this case.

The Clerk is directed to forward the file in this case to the Honorable Kevin H. Sharp for his consideration of the parties' joint motion to administratively close (Docket Entry No. 19).

---

[1] Pursuant to the order entered January 13, 2012 (Docket Entry No. 10), all proceedings against defendant Fireteam Corporation were stayed pursuant to the automatic Bankruptcy stay. By stipulation filed on January 31, 2012, and order entered February 3, 2012 (Docket Entry Nos. 12-13), defendant BlueCross BlueShield of Tennessee, Inc. was dismissed with prejudice.

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

The Clerk is directed to mail a copy of this order to M. Kent Anderson, Assistant United States Attorney, 1110 Market Street, Suite 301, Chattanooga, TN 37402 (email: Kent.Anderson@usdoj.gov), by regular, first class mail (only) and/or by email, and to Ms. Kimberly C. Swafford, Attorney for U.S. Trustee, 31 East 11th Street, 4th Floor, Chattanooga, TN 37402, by regular, first class mail (only).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge